ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 2 0 2012

CLERK, U.S. DISTRICT COURT
By _____
Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **SEALED** |
| | § | |
| Plaintiff, | § | |
| | § | No. **3:12CV3026-L** |
| v. | § | |
| | § | |
| CHARLES EDWARD KEY, JR., | § | |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| IGNITE HOLDINGS, LTD., | § | |
| | § | |
| Garnishee. | § | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America (United States) applies under 18 U.S.C. § 3613 and

28 U.S.C. §§ 3002, 3202, and 3205 for issuance of a Writ of Garnishment for substantial

nonexempt property belonging to or due Defendant Charles Edward Key, Jr. (Key), who

is a judgment debtor of the United States, and/or his spouse, Stephanie Holley.  This writ

is sought in connection with a judgment dated April 12, 2012 for the United States against

Key, Jr. in criminal case number 3:11-CR-324-01.

Computation of the debt as of August 14, 2012 is:

| | |
|---|---|
| $2,379,576.00 | Judgment amount |
| ($      100.00) | Credits applied to judgment |

**Application for Writ of Garnishment – Page 1**

$2,379,476.00          Debt balance

The judgment debtor's full name is Charles Edward Key, Jr., his social security

number is \*\*\*-\*\*-2495,[1] and last known address is USP Leavenworth, Register No.

33445-077, PO Box 1000, Leavenworth, KS 66048.  Not less than 30 days has elapsed

since demand on the debtor for payment of the debt was made, and Key has not paid the

amount due.  The name and address of the garnishee and its authorized agent is:

Ignite Holdings, Ltd. and its affiliates, successors, or assigns
Darrin Pfannenstiel, Registered Agent
1950 N. Stemmons Freeway, Suite 3000-C
Dallas, TX  75207

The United States believes the garnishee and its affiliates, successors, or assigns

has possession, custody, or control of substantial nonexempt property belonging to or due

Key and/or his spouse, including but not limited to nonexempt disposable earnings.

Earnings include wages, salary, commissions, bonuses, and periodic payments from a

pension or retirement program.  *See* 28 U.S.C. § 3002(6).  Disposable earnings are that

part of earnings remaining after all deductions required by law have been withheld, such

as federal income, Social Security, and Medicare taxes.  *See* 28 U.S.C. § 3002(5).

To enforce a judgment, the United States may garnish 25% of nonexempt

disposable earnings or the excess of nonexempt disposable earnings over 30 times the

---

[1]Pursuant to the Privacy Act, 5 U.S.C. § 552a and the E-Government Act of 2002, Pub. L. 107-347, the social security number has been redacted to the last four digits to prevent public disclosure.  Upon request of the court, the full social security number will be provided *in camera*.

federal minimum hourly wage, whichever is less.  *See* 15 U.S.C. § 1673; 28 U.S.C.

§ 3002(9).

Respectfully submitted,

SARAH R. SALDAŇA
UNITED STATES ATTORNEY

MELISSA A. CHILDS
Assistant United States Attorney
Illinois Bar No. 6273797
1100 Commerce Street
Third Floor
Dallas, TX 75242
Telephone: 214.659.8600
Facsimile:  214.659.8807
Melissa.Childs@usdoj.gov

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **SEALED** |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | **3 - 1 2 C V 3 0 2 6. - L** |
| v. | § | No:_____ |
| | § | |
| CHARLES EDWARD KEY, JR., | § | |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| IGNITE HOLDINGS, LTD., | § | |
| | § | |
| Garnishee. | § | |

## WRIT OF GARNISHMENT

To:    Ignite Holdings, Ltd. and its affiliates, successors, or assigns
       Darrin Pfannenstiel, Registered Agent
       1950 N. Stemmons Freeway, Suite 3000-C
       Dallas, TX  75207

An Application for Writ of Garnishment seeking property belonging to or due

Defendant Charles Edward Key, Jr. (Key), who is a judgment debtor of the United States

of America (United States), and/or his spouse, Stephanie Holley, was filed with this

Court.

Computation of the debt as of August 14, 2012 is:

$2,379,576.00      Judgment amount

($       100.00)      Credits applied to judgment

**Writ of Garnishment – Page 1**

$2,379,476.00        Debt balance

Pending further order of this Court, you shall withhold and retain all property, including disposable earnings, in which Key and/or his spouse has a substantial nonexempt interest and for which you are or may become indebted to Key and/or his spouse. *See* 28 U.S.C. § 3205(c)(2)(F).  Do not deliver the property to the United States District Clerk at this time.  Instead, withhold and retain the property until the Court orders its distribution. *Id.*

You are required by law to file an answer within ten days of your receipt of this writ advising the Court whether you hold or will hold substantial nonexempt property for Key and/or his spouse, and mail or deliver the original answer to the United States District Clerk, 1100 Commerce Street, Room 1452, Dallas TX 75242; and mail copies to Charles Edward Key, Jr., USP Leavenworth, Register No. 33445-077, PO Box 1000, Leavenworth, KS 66048; Stephanie Holley, 7416 Park Place Drive, North Richland Hills, TX 76182, and Melissa A. Childs, Assistant United States Attorney, 1100 Commerce Street, Third Floor, Dallas, TX 75242. *See* 28 U.S.C. § 3205(c).  Additional information is included in the attached Plaintiff's Instructions to Garnishee.

If you fail to answer this writ or withhold property in accordance with this writ, the United States may petition this Court for an order requiring you to appear before this Court to answer this writ and withhold property before the appearance date. *See* 28 U.S.C. § 3205(c)(6).  If you fail to answer, or appear and fail to show good cause why

**Writ of Garnishment – Page 2**

you failed to comply with this writ, the Court shall enter a judgment against you for the value of the substantial nonexempt property, including disposable earnings. *Id*. The Court may award a reasonable attorney's fee to the United States and against you if this writ is not answered by the time specified by law and a petition is filed requiring you to appear. *Id*.

Under 15 U.S.C. § 1674, you are prohibited from discharging Key and/or his spouse from employment by reason of the fact that earnings are subject to garnishment. If you discharge Key and/or his spouse as a result of this garnishment, penalties may result.

Signed this _____ day of _____ 2012.

_____
UNITED STATES DISTRICT CLERK
NORTHERN DISTRICT OF TEXAS

**Writ of Garnishment – Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **SEALED** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:-12CV3026.-L |
| | § | |
| CHARLES EDWARD KEY, JR., | § | |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| IGNITE HOLDINGS, LTD., | § | |
| | § | |
| Garnishee. | § | |

## CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT TO DEFENDANT

You are notified, pursuant to 28 U.S.C. § 3202, that your property is being sought

by the United States of America (United States), which holds a judgment against you

dated April 12, 2012 in criminal case number 3:11-CR-324-01.

Computation of the debt as of August 14, 2012 is:

| | |
|---|---|
| $2,379,576.00 | Judgment amount |
| ($     100.00) | Credits applied to judgment |
| $2,379,476.00 | Debt balance |

Exemptions may protect the property from being taken by the United States if you

can show exemptions apply. *See* 18 U.S.C. § 3613. The attached Claim for Exemptions,

**Clerk's Notice of Post-Judgment Garnishment to Defendant – Page 1**

Request for Hearing, and/or Request for Transfer contains a summary of the major exemptions that apply.

You have a right to ask the Court to return your property if you think that you do not owe the debt to the government, or if you think the property the government seeks qualifies under an exemption(s).

If you want a hearing, you must notify the Court within 20 days after you receive this notice.  Your request must be in writing, and you may use the attached form to request the hearing.  You must mail or deliver the original to the United States District Clerk, 1100 Commerce Street, Room 1452, Dallas, TX 75242.  You must also mail a copy to Melissa A. Childs, Assistant United States Attorney, 1100 Commerce Street, Third Floor, Dallas, TX 75242, so the government will know you want a hearing.

If you are entitled to a hearing, the hearing will take place within five days after the United States District Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.  The Court will issue an order advising you of the time, place, and date of any hearing scheduled.

At the hearing, you may explain to the judge why you believe the property the government seeks is exempt or why you think you do not owe the debt to the government. If you do not request a hearing, your property may be delivered to the United States and applied to the debt you owe.

If you think you live outside the federal judicial district where this Court is located,

you may request, not later than 20 days after you receive this notice, that this proceeding

be transferred by this Court to the federal judicial district where you reside.  You must

make your request in writing, and mail or deliver the original to the United States District

Clerk, 1100 Commerce Street, Room 1452, Dallas, TX 75242.  You must also mail a

copy of the request to Melissa A. Childs, Assistant United States Attorney, 1100

Commerce Street, Third Floor, Dallas TX 75242, so the government will know you want

the proceeding to be transferred.  You may use the attached form to request a transfer.

Be sure to keep a copy of this notice for your records.  If you have any questions

about your rights or this procedure, you should contact a lawyer, an office of public legal

assistance, or the United States District Clerk.  The United States District Clerk is not

permitted to give legal advice, but may refer you to other sources of information.


_____

UNITED STATES DISTRICT CLERK
NORTHERN DISTRICT OF TEXAS


Date _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **SEALED** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **3 No. 1 2 C V 3 0 2 6 - L** |
| | § | |
| CHARLES EDWARD KEY, JR., | § | |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| IGNITE HOLDINGS, LTD., | § | |
| | § | |
| Garnishee. | § | |

## CLAIM FOR EXEMPTIONS, REQUEST FOR HEARING, AND/OR REQUEST FOR TRANSFER

To complete this form, check the adjacent space(s) to an exemption(s) you are claiming, check the box below to request a hearing, and/or check the box below to request a transfer to another federal judicial district.  You must mail or deliver the original of this form to the United States District Clerk and mail a copy to the United States of America, as explained in the attached Clerk's Notice of Post-Judgment Garnishment to Defendant. *See* 28 U.S.C. § 3202(b).

___ Wearing apparel and school books.  26 U.S.C. § 6334(a)(1).

___ Fuel, provisions, furniture, and personal effects that do not exceed $8,570. 26 U.S.C. § 6334(a)(2) & (g).

**Claim for Exemptions, Request for Hearing, and/or Request for Transfer – Page 1**

\_\_   Books and tools of a trade, business, or profession that do not exceed $4,290.  26 U.S.C. § 6334(a)(3) & (g).

\_\_   Unemployment benefits.  26 U.S.C. § 6334(a)(4).

\_\_   Undelivered mail.  26 U.S.C. § 6334(a)(5).

\_\_   Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor Roll, and annuities based on retired or retainer pay.  26 U.S.C. § 6334(a)(6).

\_\_   Workmen's compensation.  26 U.S.C. § 6334(a)(7).

\_\_   Judgments for support of minor children, pursuant to a court judgment entered prior to the date of levy, to contribute to the support of defendant's minor children.  26 U.S.C. § 6334(a)(8).

\_\_   Certain service-connected disability payments.  26 U.S.C. § 6334(a)(10).

\_\_   Assistance under Job Training Partnership Act.  26 U.S.C. § 6334(a)(12).

❏   I am requesting a hearing for the exemptions checked above.

❏   I am not requesting a hearing for the exemptions checked above.

❏   I am requesting a transfer to the federal district where I reside in the

_____ (district) of _____(state).


_____
Charles Edward Key, Jr.

Address: _____

_____
Daytime Telephone:_____

Date: _____

JS 44 (TXND Rev. 2/10)    CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**RECEIVED**

**AUG 2 0 2012**

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## I. (a) PLAINTIFFS

United States of America

**DEFENDANTS**

Charles Edward Key, Jr.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Leavenworth, KY (BOP)
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Melissa A. Childs, AUSA    214.659.8600
1100 Commerce Street, Third Floor, Dallas, TX 752424-1699

Attorneys (If Known)

**3-12CV3026-L**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government
      Plaintiff

☐ 2  U.S. Government
      Defendant

☐ 3  Federal Question
      (U.S. Government Not a Party)

☐ 4  Diversity
      (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                           and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      another district
      (specify)

☐ 6  Multidistrict
      Litigation

☐ 7  Appeal to District
      Judge from
      Magistrate
      Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 3205--Garnishment

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

**DEMAND $**
2,379,476.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:

(See instructions)

JUDGE  Reed O'Connor

DOCKET NUMBER  3:11-cr-324-01

DATE _____

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____